this court and argument would not aid the decisional process.

*AFFIRMED.*

**William Benjamin BROWN, Petitioner–Appellant,**

v.

**Warden MANSUKHANI, Respondent–Appellee.**

No. 15–6841.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 22, 2015.

William Benjamin Brown, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Benjamin Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Brown v. Mansukhani,* No. 9:14–cv–01355–MGL, 2015 WL 2452768 (D.S.C. May 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

**Anthony T. WATSON, Plaintiff—Appellant,**

v.

**BANK OF AMERICA, N.A., as Successor by Merger to BAC Home Loans Servicing L.P. formerly known as Countrywide Home Loans Servicing, L.P., Defendant–Appellee.**

No. 15–1466.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2015.

Decided: Oct. 23, 2015.

Anthony T. Watson, Appellant Pro Se. Craig Robert Haughton, McGuirewoods LLP, Baltimore, Maryland, for Appellee.

Before SHEDD, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony T. Watson appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watson v. Bank of Am.*, No. 8:14–cv–01335–PJM (D.Md., Mar. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*